IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-506-AP**

**In re: RICKY DONOVAN VAN VLEET, d/b/a First Financial Centre, Inc.**

**DOUGLAS L. BAILEY,**

        Appellant,

v.

**THOMAS H. CONNOLLY, Trustee,**

        Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Leave to Allow Correction of Mistake (doc. #15), filed April 29, 2008, is DENIED.

Dated: May 9, 2008